**JUDGE SWAIN**

**07 CV 1348**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
W-O MARINE PTE LTD., f/k/a
ANDORRA SHIPPING PTE LTD.,

            Plaintiff,

  - against -

FUELNATION INC.,

            Defendant.
------------------------------------------------------------X

07 CV _____
ECF CASE


RECEIVED FEB 23 2007 U.S.D.C. S.D.N.Y. CASHIERS

## DISCLOSURE OF INTERESTED PARTIES
## PURSUANT TO FEDERAL RULE 7.1

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure to enable judges and magistrates of the court to evaluate possible disqualification or recusal, the undersigned attorney of record for the Plaintiff certifies that the following are corporate parents, subsidiaries, or affiliates of the Plaintiff:

NONE.

Dated: February 23, 2007
       New York, NY

            The Plaintiff,
            W-O MARINE PTE LTD., f/k/a
            ANDORRA SHIPPING PTE LTD.

By: _____
            Nancy R. Peterson (NP 2871)
            Patrick F. Lennon (PL 2162)
            TISDALE & LENNON, LLC
            11 West 42nd Street, Suite 900
            New York, NY 10036
            (212) 354-0025 – phone
            (212) 869-0067 – fax
            npeterson@tisdale-lennon.com
            plennon@tisdale-lennon.com