UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
W-O Marine PTE LTD f/k/a Andorra Shipping
Pte. Ltd.,

Plaintiff,

07 Civ. 01348 (LTS)

-against-

Fuelnation Inc.,

Defendant.
------------------------------------------------------------x

## NOTICE OF CHANGE OF ADDRESS

To: Attorney Admission Clerk and All Other Parties

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for: _____Nancy R. Peterson_____

☐ Attorney

    X I am a U.S.D.C., Southern District of New York attorney. My Bar Number is: NP 2871
    ☐ I am a Pro Hac Vice attorney
    ☐ I am a Government Agency attorney

☐ Law Firm/Government Agency Association

    From: _____Tisdale & Lennon, LLC_____

    To: _____Lennon, Murphy & Lennon, LLC_____

X I will continue to be counsel of record on the above-entitled case at my new firm/agency.

☐ I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

Address: _The Gray Bar Building, 420 Lexington Ave., Suite 300, New York, NY 10170_____
Telephone Number: _____(212) 490-6050_____
Fax Number: _____(212) 490-6070_____
E-Mail Address: _____nrp@lenmur.com_____

Dated: 6/11/2007