# LENNON, MURPHY & LENNON, LLC – *Attorneys at Law*

| | | |
|---|---|---|
| The GrayBar Building | Patrick F. Lennon - *pfl@lenmur.com* | Tide Mill Landing |
| 420 Lexington Ave., Suite 300 | Charles E. Murphy - *cem@lenmur.com* | 2425 Post Road |
| New York, NY 10170 | Kevin J. Lennon - *kjl@lenmur.com* | Southport, CT 06890 |
| *phone* (212) 490-6050 | Nancy R. Peterson - *nrp@lenmur.com* | *phone* (203) 256-8600 |
| *fax* (212) 490-6070 | | *fax* (203) 256-8615 |

June 11, 2007

**MEMO ENDORSED**

<u>By Facsimile (212) 805-0426</u>
Hon. Laura T. Swain
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 755
New York, New York 10007-1312

IT IS ORDERED that counsel to whom this Memo Endorsement is sent is responsible for faxing or otherwise delivering promptly a copy to all counsel and unrepresented parties and filing a certificate of such service within 5 days from the date hereof. Do not fax such certification to Chambers.

Re:   **W-O Marine PTE LTD f/k/a Andorra Shipping Pte. Ltd. v. Fuelnation Inc.**
Docket Number: 07 Civ. 01348 (LTS)
Our Reference Number: 1105

Dear Judge Swain:

We write to provide the Court with the status of the above-captioned case and to request an adjournment of the pretrial conference scheduled for Friday, June 15, 2007.

We are attorneys for the Plaintiff in this admiralty action brought pursuant to Supplemental Admiralty Rule B of the Federal Rules of Civil Procedure. On February 23, 2007 an Ex-Parte Order authorizing process of maritime attachment was issued permitting restraint of Defendant's property in the hands of garnishee banks located within the Southern District of New York. The Defendant has not appeared and, despite daily service of the Writ of Attachment on the garnishee banks, Defendant's property has not been attached.

As Defendant has not appeared and no funds have been attached, we respectfully request a ninety (90) day adjournment of the pre-trial conference during which time we will continue to serve the Writ of Attachment in order to secure Plaintiff's claim and obtain jurisdiction over the Defendant.

Should your Honor have any questions or comments we are available to discuss the same at any convenient time to the Court. We thank your Honor for consideration of this request.

Also, please find attached hereto courtesy copies of the Notices of Change of Address for Patrick F. Lennon and myself, filed with the Court today, June 11, 2007.

The conference is adjourned to September 21, 2007, at 9:45 AM.
SO ORDERED.
6/12/2007.
**LAURA TAYLOR SWAIN U.S.D.J.**

Respectfully submitted,

Nancy R. Peterson (NP 2871)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUN 1 2 2007