WAESCHE, SHEINBAUM & O'REGAN, P.C.
Attorneys for the Defendant
111 Broadway, Suite 401
New York, New York 10006
Telephone: (212) 227-3550
John R. Foster (JF3635)

ECF CASE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

W-O MARINE PTE LTD., etc.,

                  Plaintiff,

-against-

FUELNATION INC.,

                  Defendant.

07 CV 1348 (LTS)

NOTICE OF
RESTRICTED APPEARANCE

---

     PLEASE TAKE NOTICE that Waesche, Sheinbaum & O'Regan, P.C., has been retained by the Defendant, FuelNation Inc., to represent it in this action. Service on the Defendant of pleadings and other papers pursuant to F.R.Civ.P. 5 is to be made at the offices of Waesche, Sheinbaum & O'Regan, P.C., at the address listed above.

     PLEASE TAKE FURTHER NOTICE that, pursuant to Supp.F.R.Civ.P. E(8), the Defendant enters its appearance herein expressly restricted to the defense of the alleged admiralty and maritime claim asserted by the Plaintiff with respect to such property as restrained by garnishees pursuant to Process of Maritime Attachment and Garnishment issued in the action.

Dated:  New York, New York
         September 13, 20007

Waesche, Sheinbaum & O'Regan, P.C.
Attorneys for the Defendant

By: _____/s/ John R. Foster_____
John R. Foster
Attorney ID: JF3635
111 Broadway, 4th Floor
New York, NY 10006
(212) 227-3550

-2-