# LENNON, MURPHY & LENNON, LLC – *Attorneys at Law*

| | | |
|---|---|---|
| The GrayBar Building | Patrick F. Lennon - *pfl@lenmur.com* | Tide Mill Landing |
| 420 Lexington Ave., Suite 300 | Charles E. Murphy - *cem@lenmur.com* | 2425 Post Road |
| New York, NY 10170 | Kevin J. Lennon - *kjl@lenmur.com* | Southport, CT 06890 |
| phone (212) 490-6050 | Nancy R. Peterson - *nrp@lenmur.com* | phone (203) 256-8600 |
| fax (212) 490-6070 | | fax (203) 256-8615 |

[Stamp: USDC SDNY / DOCUMENT / ELECTRONICALLY FILED / DOC #: ___ / DATE FILED: SEP 1 9 2007]

September 17, 2007

*By Facsimile (212) 805-0426*
Hon. Laura Taylor Swain
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1030
New York, New York 10007-1312

Re:   **W-O Marine PTE LTD v. Fuelnation Inc.**
      Docket Number: 07-cv-01348-LTS
      Our Reference Number: 1155

Dear Judge Swain:

We write to provide the Court with the status of the above-captioned case and to request an adjournment of the pretrial conference scheduled for Friday, September 21, 2007 at 9:30 a.m.

We are attorneys for the Plaintiff in this admiralty action brought pursuant to Supplemental Admiralty Rule B of the Federal Rules of Civil Procedure. On February 23, 2007 an Ex-Parte Order authorizing process of maritime attachment was issued permitting restraint of Defendant's property in the hands of garnishee banks located within the Southern District of New York. In response to service of the Ex-Parte Order and Writ, various garnishee banks restrained Defendant's property and notice was sent to the Defendant.

We were recently notified that Defendant has retained counsel in this action. We spoke to FuelNation's counsel, Mr. John Foster of Waesche, Sheinbaum, & O'Regan, about this matter this morning. As requested by your law clerk, counsel for both parties are currently working together to complete the pre-trial scheduling order required by your Honor's rules, and Defendant intends to file an Answer soon.

In light of the recent appearance by the Defendant, we request that the pre-trial conference currently scheduled in this matter for September 21, 2007 at 9:30 be adjourned for two weeks. Defendant's counsel has been contacted and consented to this request.

Should your Honor have any questions or comments we are available to discuss the same at any convenient time to the Court. We thank your Honor for consideration of this request.

*[Handwritten endorsement:] The conference is adjourned to October 9, 2007 at 2:15pm. SO ORDERED. [signature] 9/18/2007*

Respectfully submitted,

[signature]

Nancy R. Peterson (NP 2871)

*[Margin endorsement:] IT IS ORDERED that counsel to whom this Memo Endorsement is sent is responsible for faxing or otherwise delivering promptly a copy to all counsel and unrepresented parties and filing a certificate of such service...*