WAESCHE, SHEINBAUM & O'REGAN, P.C.
Attorneys for the Defendant
111 Broadway, Suite 401
New York, New York 10006
Telephone: (212) 227-3550
John R. Foster (JF3635)

ECF CASE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

W-O MARINE PTE LTD., etc.,

              Plaintiff,

-against-

FUELNATION INC.,

              Defendant.

07 CV 1348 (LTS)

**RULE 7.1 DISCLOSURE**

---

      Pursuant to F.R.Civ.P. 7.1, the Defendant, FuelNation Inc., identifies the following as a publicly-held parent corporation or a publicly-held corporation owning 10% or more of Defendant's stock:

              NONE

Dated: New York, New York
         October 9, 2007

                              Waesche, Sheinbaum & O'Regan, P.C.
                              Attorneys for the Defendant

                              By: _____
                                   John R. Foster
                              Attorney ID: JF3635
                              111 Broadway, 4th Floor
                              New York, NY 10006
                              (212) 227-3550