UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x

W-O MARINE PTE LTD.,

       Plaintiff(s),

    -v-                                 No.  07 Civ. 1348 (LTS)(DCF)

FUELNATION INC.,

       Defendant(s).

--------------------------------------------------------x

### ORDER[1]

      At the parties' request, this action is hereby placed on the Court's suspense docket pending completion of the related London arbitration.  The parties shall make a joint written report to the Court as of January 1, 2008, and as of each July 1 and January 1 thereafter, as to the status of the arbitration proceeding and whether this action should be continued on suspense, dismissed, or restored to the active docket.

      SO ORDERED.

Dated: New York, New York
      October 9, 2007

                                                LAURA TAYLOR SWAIN
                                                United States District Judge

---

[1] *The ECF system provides notice of the entry of this Order for each party that has both entered an appearance in this case and registered with ECF.  The ECF-registered attorneys are responsible for providing notice to any counsel whose e-mail addresses are not reflected on the ECF docket for this case, and Plaintiff's counsel, upon receiving notice of this Order, is hereby ordered to fax or otherwise deliver promptly a copy to all parties who are unrepresented.  A certificate of such further service shall be filed within 5 days from the date hereof.  Counsel for any party who have not registered for ECF are ordered to register as filing users in accordance with the Procedures for Electronic Case Filing immediately.*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: OCT 1 0 2007