# LENNON, MURPHY & LENNON, LLC – Attorneys at Law

DOCUMENT
ELECTRONICALLY FILED
DATE FILED: JAN 0 3 2008

The GrayBar Building
420 Lexington Ave., Suite 300
New York, NY 10170
phone (212) 490-6050
fax (212) 490-6070

Patrick F. Lennon – pfl@lenmur.com
Charles E. Murphy – cem@lenmur.com
Kevin J. Lennon – kjl@lenmur.com
Nancy R. Siegel – nrs@lenmur.com

Tide Mill Landing
2425 Post Road
Southport, CT 06890
phone (203) 256-8600
fax (203) 256-8615

December 28, 2007

*By Facsimile (212) 805-0426*
Hon. Laura T. Swain
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 755
New York, New York 10007-1312

**MEMO ENDORSED**

Re:  **W-O Marine PTE LTD f/k/a Andorra Shipping Pte. Ltd. v. Fuelnation Inc.**
     Docket Number: 07 Civ. 01348 (LTS)
     Our Reference Number: 1105

Dear Judge Swain:

We are attorneys for the Plaintiff in this admiralty action brought pursuant to Supplemental Admiralty Rule B of the Federal Rules of Civil Procedure. Pursuant to the Court's Order and together with Defendant's counsel, we write to provide the Court with the status of the above-captioned case.

On February 23, 2007 an Ex-Parte Order authorizing process of maritime attachment was issued permitting restraint of Defendant's property in the hands of garnishee banks located within the Southern District of New York. Pursuant to service of the Writ of attachment, property was attached by Bank of America on or about August 3, 2007 in the amount of $19,985.00 and on or about December 7, 2007 in the amount of $200.00.

Currently, the underlying arbitration between the parties is on-going and Defendant, Fuel Nation, is due to submit its reply submission. According to Defendant's foreign counsel, the reply should be forthcoming in a weeks time.

Following the reply submission, any disclosure issues will be addressed and then Plaintiff intends to ask the Tribunal to proceed to its award on the basis of the submissions served. Plaintiff expects an Award to be issued by the end of February 2008. However, there is the possibility that a full hearing will be required which could delay the issuance of the Award.

Plaintiff ultimately plans to move to recognize the Arbitration Award as a Judgment of this Court, and enforce against the funds attached in New York.

Should your Honor have any questions or comments we are available to discuss the same at any convenient time to the Court.

Respectfully submitted,

*Nancy Siegel*

Nancy R. Siegel

Cc: *Via E-mail j.foster@waeschelaw.com*
John R. Foster
Attorney for Defendant

This action will remain on the suspense calendar pending the next status report.

SO ORDERED.

*/s/ Laura Taylor Swain  1/2/2008*

LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE