# LENNON, MURPHY & LENNON, LLC – *Attorneys at Law*

| | | |
|---|---|---|
| The GrayBar Building | Patrick F. Lennon - *pfl@lenmur.com* | Tide Mill Landing |
| 420 Lexington Ave., Suite 300 | Charles E. Murphy - *cem@lenmur.com* | 2425 Post Road |
| New York, NY 10170 | Kevin J. Lennon - *kjl@lenmur.com* | Southport, CT 06890 |
| *phone* (212) 490-6050 | Nancy R. Siegel - *nrs@lenmur.com* | *phone* (203) 256-8600 |
| *fax* (212) 490-6070 | | *fax* (203) 256-8615 |

[Stamp: USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: ___ DATE FILED: JUL 1 0 2008]

July 1, 2008

**MEMO ENDORSED**

*By Facsimile (212) 805-0426*
Hon. Laura T. Swain
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 755
New York, New York 10007-1312

Re:   **W-O Marine PTE LTD f/k/a Andorra Shipping Pte. Ltd. v. Fuelnation Inc.**
      Docket Number: 07 Civ. 01348 (LTS)
      Our Reference Number: 1105

Dear Judge Swain:

   We are attorneys for the Plaintiff in this admiralty action brought pursuant to Supplemental Admiralty Rule B of the Federal Rules of Civil Procedure. Pursuant to the Court's Order and together with Defendant's counsel, we write to provide the Court with the status of the above-captioned case.

   On February 23, 2007 an Ex-Parte Order authorizing process of maritime attachment was issued permitting restraint of Defendant's property in the hands of garnishee banks located within the Southern District of New York. Pursuant to service of the Writ of attachment, property was attached by Bank of America on or about August 3, 2007 in the amount of $19,985.00 and on or about December 7, 2007 in the amount of $200.00.

   As to the substantive proceeding, the London arbitration is active and continuing, with the parties still in the process of exchanging submissions. Plaintiff ultimately plans to move to recognize the Arbitration Award as a Judgment of this Court, and enforce against the funds attached in New York. However, as the arbitration is still pending, we respectfully request that this case remain on the suspense calendar.

   Should your Honor have any questions or comments we are available to discuss the same at any convenient time to the Court.

*[Handwritten: The matter will remain on the suspense calendar pending the next status report.]*

SO ORDERED.

Respectfully submitted,

*[signature]* 7/9/08
LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE

*[signature]*
Nancy R. Siegel (Peterson)